This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-42122**

**COYOTE TRAILS, INC., a**
**New Mexico Corporation,**

Plaintiff-Appellee,

v.

**ANN SCHRADER DE MAY,**

Defendant-Appellant,

and

**ALL UNKNOWN OCCUPANTS OF**
**124 TANO RD., SANTA FE, NM;**
**ALL UNKNOWN OCCUPANTS OF**
**90 TANO RD., SANTA FE, NM; and**
**ALL UNKNOWN OCCUPANTS OF**
**18 CALLE SAN MARTIN RD.**
**SANTA FE, NM,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Francis J. Mathew, District Court Judge**

Domenici Law Firm, P.C.
Peter V. Domenici, Jr.
Albuquerque, NM

for Appellee

Fuqua Law & Policy, P.C.
Scott Fuqua
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**HANISEE, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Chief Judge**

**KATHERINE A. WRAY, Judge**